

  

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America

# Affidavit of Financial Statement
## (Exercise of Constitution – Secured Right)

**Date** 08, 08, 1443

**Almond Von El**, Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione **Geno Von Bryant**: All Rights Reserved:
U.C.C. 1-207/1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Mikhael Amirul El Territory
c/o 14232 Mansfield Street
Detroit Territory, Michigan Republic [Zip Exempt]
Non-Domestic

To:
United States Court for the Eastern District of Michigan
Office of the Clerk
231 West Lafayette Blvd., Room 599
Detroit Territory, Michigan Republic
[48226] uSA

Case: 2:22-cv-12089
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Filed: 9/6/2022
VON EL V ECORSE POLICE DEPARTMENT ET AL
(LH)

### Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

#### Article VI
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

#### Article 1, Section X
"All debts shall be payable in gold or silver coin"

#### Amendment V
" No Person shall be deprived of due process of law"

I Almond Von El Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court.   The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

**POOR QUALITY ORIGINAL**

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

## Amendment IX
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:*

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Almond Von El Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,
I Am: *Almond Von El*
Almond Von El, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Geno Von Bryant
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Mikhael Amirul El Trust Territory
C/o 14232 Mansfield Street
Detroit Territory, Michigan Republic [Zip Exempt]
Non-Domestic

cc:
President of the United States of
America, Joseph Robinette Biden Jr
Care of 1600 Pennsylvania Avenue,
NW, Near. [Washington District of
Columbia 20500]
United States Department of State

Antony Blinken,
Care of 2201 C ST, NW
Near. [Washington D.C.]
US 38°53'39"N and 77°2'54"W

Chief Justice of the United States
Supreme Court, John Roberts
Care of 1 First Street North East,
Near. [Washington, D.C. [20543]]

United States Army Provost Marshal
General, MG Duane R. Miller
Care of 2800 Army Pentagon,

Near. [Washington, D.C. 20310-2800]]

International Court of Justice Joan
E. DONOHUE
Peace Palace, Carnegieplein 2 Care of
2517 KJ The Hague, The Netherlands
Phone: +31 70 302 23 23 - SEND RM


United States Attorney General
Merrick B. Garland
Care of 950 Pennsylvania Avenue, NW
Near. [Washington D.C. 20530-001

United States Secretary of the
Treasury, Janet Yellen
Care of 1500 Pennsylvania Avenue,
NW, Near. [Washington, D.C. [20220]]

Secretary of the United Nations
Antonio Guterres
Care of 405 East Forty Second Street,
Near. [New York, New York [10017]]

Archbishop
Allen h. Vigneron
Care of 12 State Street
near: [Detroit, Michigan 48226]]

Governor of Michigan
Gretchen Whitmer
Care of P.O. Box 30013
Near [Lansing, Michigan 48909]]



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Almond Von El )
    Claimant )
    v. )
ECORSE POLICE DEPARTMENT; Agency ORI )   Case No.
MI8237000, )   _____
C. STAUB ID No. #8, )   (to be filled in by the Clerk's Office)
25TH DISTRICT COURT, )
AREN & STAR TOWING & RECOVERY , )
RYAN LAWSON, )
GREGORY CLIFTON, )
ANTHONY PUTZ, P75910. )
    Defendant(s) )
                        )   Jury Trial:  Yes
                        )
MIKHAEL AMIRUL EL TRUST )
Mikhael Amirul El )
Almond Von El )
Elyah Olam Bey )
    Claimant representative )

# Affidavit of Truth

## I.   𝕿𝖍𝖊 𝕵𝖚𝖗𝖎𝖘𝖉𝖎𝖈𝖙𝖎𝖔𝖓 𝖔𝖋 𝖙𝖍𝖎𝖘 𝕰𝖘𝖙𝖆𝖙𝖊 𝖎𝖘 𝖜𝖎𝖙𝖍𝖎𝖓 𝖒𝖞 𝕸𝖔𝖗𝖔𝖈𝖈𝖆𝖓 𝕬𝖓𝖈𝖊𝖘𝖙𝖗𝖆𝖑 𝕷𝖆𝖓𝖉 𝖔𝖋 𝕸𝖔𝖗𝖔𝖈𝖈𝖔.

- 𝕹𝖔𝖗𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 at altitude latitude coordinates, fifty-four point five two six zero degrees N [54.5260°], one hundred five point two five five one degrees W [105.2551°W],
- 𝕾𝖔𝖚𝖙𝖍 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 at eight point seven three two degrees S [8.7832°S], fifty-five point four nine one five degrees W [55.4915°W], and
- 𝕮𝖊𝖓𝖙𝖗𝖆𝖑 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 at twelve point seven six nine zero degrees N [12.7690°N], eighty-five point six zero two four degrees W [85.6024°W]
- 𝕯𝖊 𝕵𝖚𝖗𝖊 𝕷𝖆𝖜 𝖔𝖋 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 and all treaties made under the authority of the United States in accord with **Article III of the Constitution**.
- 𝕿𝖍𝖊 𝕮𝖑𝖆𝖎𝖒𝖆𝖓𝖙, 𝕸𝕴𝕶𝕳𝕬𝕰𝕷 𝕬𝕸𝕴𝕽𝖀𝕷 𝕰𝕷 𝕿𝕽𝖀𝕾𝕿 is a 𝖁𝖆𝖘𝖙 𝕰𝖘𝖙𝖆𝖙𝖊 𝕻𝖚𝖗𝖊 𝕰𝖝𝖕𝖗𝖊𝖘𝖘 𝕿𝖗𝖚𝖘𝖙 A Sovereign Ecclesiastically International Commissioned Divine Natural Agreement.

## II.   The Parties to This Complaint.

**A. The Claimant(s)**

The Claimant(s) Provide the information below for each Claimant appellation in the complaint. Attach additional pages if needed.

Moorish American National

Appellation Almond Von El

Mailing Location c/o 14232 Mansfield Street

City and COUNTY Detroit Territory, Wayne

State and Zip Code Michigan Republic [48227]

Telephone Number (313) 978-3750

E-mail Address

Website

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1 Name US CORP NAME:

Name ECORSE POLICE DEPARTMENT

Job or Title

Street Address 3869 WEST JEFFERSON AVENUE

City and County ECORSE, WAYNE

State and Zip Code MICHIGAN 48229

Telephone Number (313) 381-0900

E-mail Address

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 2 Name US CORP NAME:

Name C. STAUB ID No. 8

Job or Title

Street Address 3869 WEST JERRERSON AVENUE

City and County ECORSE, WAYNE

State and Zip Code MICHIGAN 48229

Telephone Number (313) 381-0900

E-mail Address

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an

individual defendant, include the person's job or title (if known). Attach additional pages if needed.
Defendant No. 3 Name US CORP NAME:
Name 25TH DISTRICT COURT
Street Address 1475 CLEOPHUS STREET
City and COUNTY LINCOLN PARK, WAYNE
State and Zip Code MICHIGAN 48146
Telephone Number (313) 3828603
E-mail Address
Website www.25thdistrictcourt.org

The Defendant(s)
Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.
Defendant No. 4 Name US CORP NAME:
Name AREN & STAR TOWING & RECOVERY
Job or Title
Street Address 16550 RACHO ROAD
City and County TAYLOR, WAYNE
State and Zip Code MICHIGAN 48180
Telephone Number (734) 283-6635
E-mail Address

The Defendant(s)
Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.
Defendant No. 5 Name US CORP NAME:
Name RYAN LAWSON
Job or Title
Street Address 16550 RACHO ROAD
City and County TAYLOR, WAYNE
State and Zip Code MICHIGAN 48180
Telephone Number (734) 283-6635
E-mail Address

The Defendant(s)
Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.
Defendant No. 6 Name US CORP NAME:

Name <u>GREGORY CLIFTON</u>
Street Address <u>1475 CLEOPHUS STREET</u>
City and COUNTY <u>LINCOLN PARK, WAYNE</u>
State and Zip Code <u>MICHIGAN 48146</u>
Telephone Number <u>(313) 3828603</u>
E-mail Address
Website <u>www.25thdistrictcourt.org</u>

The Defendant(s)
Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.
Defendant No. 7 Name US CORP NAME:
Name <u>ANTHONY PUTZ, P75910</u>
Street Address <u>3869 WEST JEFFERSON AVENUE</u>
City and COUNTY <u>ECORSE, WAYNE</u>
State and Zip Code <u>MICHIGAN 48229</u>
Telephone Number <u>(313) 386-2346</u>
E-mail Address
Website <u>ecorseprosecutor@ccorsemi.gov</u>

## III.   Basis for Jurisdiction

### A.  Federal question

- Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 4
- Federal law & Supreme Court case applied to state cases Howlett v Rose, 496 U.S. 256 (1990)
- The Constitution of the United States Article [I] Amendment 1 – Freedom of expression and religion, II, IV, V, VII, IX, X
- United Nations Declaration on Rights of Indigenous People Article 1, 2, 3, 4, 5, 6, 7; 1 & 2, 8; 1 & 2 (a)(b)(c)(d)(e), 9, 10, 11; 1 & 2, 13; 1 & 2, 15; 1 & 2 17; 1, 18, 19, 20; 1 & 2,),
- Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 2, 4, 6, 12
- Federal rule of Civil Procedure Rule 4 Summons (1)(D)(F)(G)(2)(b)
- Canonum De Ius Positivum Canons of Positive Law Article 100-Cestui Que Vie Trust 2056, 2057

## IV.   Statement of Claim

**FEDERAL RULES OF CIVIL PROCEDURE:**
Rule 4. Summons (c)(3), Rule 8. Pleading Special Matter (a)(1)(A)(B)(C), (2)(b)(d)(e)(f)(g)(h); Rule 56. Summary Judgment (a), (b), (c)(1)(A)(B), (2), (3), (4)(e)(2)(3)(4), (f)(1), (g), (h),

1. On 08/06/2022 at approximately 10:32pm STATE OF MICHIGAN, CITY OF ECORSE Policy Enforcer, C. STAUB ID No. #8 violated, Almond Von El, Rights to Travel. Dismiss plaintiff claims for lack of subject matter Jurisdiction. **(Murduck v. Penn, 319 US 105), (People versus Nothaus, 147 Colo "No State), (Federal law & Supreme Court case applied to state cases Howlett v Rose, 496 U.S. 256 (1990)), (Thompson v. Smith 154SE 579),**

2. C. STAUB ID No. #8 violated, Almond Von El Rights to a nationality and as a Living Being the Flash Live and the Blood Floods. **(The Constitution of the United States Article [I] Amendment 1 – Freedom of expression and religion, II, IV, V, VII, IX, X), (Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 4),**

3. C. STAUB ID No. #8 and AREN & STAR TOWING & RECOVERY perform an unlawful search and seizure against, Almond Von El on 08/06/2022 at approximately 10:40pm. **(Constitution of Michigan of 1963 § 1, 2, 4, 5, 6, 9 Slavery and involuntary servitude, 10, 11, 21, 22, 23),**

4. C. STAUB ID No. #8 on 08/06/2022 at approximately 10:42pm kidnap, Almond Von El (unlawfully detain), private trust property a machine (automobile) 2002, Mercury, Sable, 4 Door, Vehicle Identification Number: 1MEFM55 SX2G618084. **(Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 2, 4, 6, 12),**

5. C. STAUB ID No. #8 on 08/07/2021 or after submitting an affidavit (uniform law citation) stating that, Almond Von El was black and was the, all capital letter name GENO VON BRYANT, to ECORSE POLICE DEPARTMENT; Agency ORI MI8237000. **(United Nations Declaration on Rights of Indigenous People Article 1, 2, 3, 4, 5, 6, 7; 1 & 2, 8; 1 & 2 (a)(b)(c)(d)(e), 9, 10, 11; 1 & 2, 13; 1 & 2, 15; 1 & 2 17; 1, 18, 19, 20; 1 & 2,), (1933 – Legislative Journal – House – Page 5759 resolution N0. 75), (29 DE Code § 106 a4 (2016)),**

6. On 08/09/2022 approximately at 1:00pm Elyah Olam Bey and Almond Von El arrived at AREN & STAR TOWING & RECOVERY try to retrieve trust property Vehicle Identification Number: 1MEFM55 SX2G618084 where RYAN LAWSON holding it for ransom.

7. On 08/26/2022 approximately at 10:43am e-mail Mikhael Amirul El an unlawful bill of attainder: 22E19160M. **(Federal rule of Civil Procedure Rule 4 Summons (1)(D)(F)(G)(2)(b)), (Michigan rule of Civil Procedure (2.103)(2.105)(600.1831)), (The Privacy Act of 1974 as amended 5 U.S.C. § 552a), (28 U.S. Code § 4101 – Definitions (1)(3)(4)(5)), (Positive Law Article 62-Fraud Canon 1760), (Constitution of Michigan of 1963 § 9 Slavery and involuntary servitude), (18 U. S. Code § 371 Conspiracy to commit offense or to defraud United States), (Canonum De Ius Positivum Canons of Positive Law Article 61-Corruption Canon 1750), (18 U.S. Code § 1001 – Statement or entries generally), (Canonum De Ius Positivum Canons of Positive Law Article 100-Cestui Que Vie Trust 2056, 2057)**

## V.   Remedy

1. To prevent further litigation,

2. **Writ of Delivery:** 2002, Mercury, Sable, 4 Door, Vehicle Identification Number: 1MEFM55 SX2G618084.

3. ECORSE policy enforcer C. STAUB ID# 8, is being sued in the amount of $14,150,500 (fourteen million one hundred fifty thousand five hundred)and for punitive damages in

the amount $ $140,854,500 (One-hundred forty million eight hundred fifty-four thousand five hundred) in United States lawful currency, or

4. In the form of a bond or a cashier's check payable to: MIKHAEL AMIRUL EL TRUST,
5. Mail to c/o 3017 South Edsel Street, Detroit, Michigan [48217]

6. To update ECORSE POLICE DEPARTMENT database and add Almond Von El name to their do not detain list.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *September 4*, 20 *22*.

*Almond Von El*
Almond Von El

## VII.   Witness:

I am: *Mikhael Amirul El*
Mikhael Amirul El
Natural Person - In Propria Persona - Authorized Representative
All Rights Reserved Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

I am: *Rashawn El*
Rashawn El
Natural Person - In Propria Persona - Authorized Representative
All Rights Reserved Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

I am: *Elyah Olam Bey*
Elyah Olam Bey
Natural Person - In Propria Persona - Authorized Representative

All Rights Reserved Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

I am: *Akoryuro Anuptah Hathorali El*

Akoryuro Anuptah Hathorali El
Natural Person - In Propria Persona - Authorized Representative
All Rights Reserved Free Moor / Muur
Northwest Amexem / Northwest Africa / North America

In Honour Always
Thank you *Almond Von El*
Almond Von El, Trustee
Natural Person in Propria Persona:
Ex Relatione GENO VON BRYANT:
ALL Right Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresentative by
Fraudulent construct of ALL CAPITAL LETTERS

Additional Information:
1. NOTICE OF INTENT - FEE SCHEDULE
2. Averment Of Jurisdiction – Quo Warranto
3. Affidavit of Fact – Writ of Discovery
4. Affidavit of Financial Statement
5. Copy of: State of Michigan Uniform Law Citation
6. Uniform Commercial Lien No. # 20220812000688-5
7. Notice of Public Records Status Correction International Document.





## Moorish American Consular Court, Competent Jurisdiction
Pursuant to P.L. 8 Stat. 484

### 𝔐oorish 𝔑ational 𝔯epublic 𝔉ederal 𝔊overnment 𝔑orth 𝔈ast 𝔄mexem
### 𝔗erritories and 𝔇ominions
### ๑ ~ 𝔄n 𝔘nincorporated 𝔐oorish 𝔖cience 𝔗emple for 𝔄merica ~ ๑
### 𝔗he 𝔗rue and 𝔇e 𝔍ure 𝔑atural 𝔥eirs and 𝔍nheritors to the 𝔏and
### ๑ ~ 𝔍. 𝔖elf. 𝔏aw. 𝔄m. 𝔐aster. ~ ๑

# 𝔄ffidavit of 𝔉act – 𝔚rit of 𝔇iscovery

**Nothing in this lawful document shall be misconstrued to consent to any jurisdiction other than my ancestral inherited estate.**

### Exhibits: 5, 6, 7, 8 and 9 can be downloaded from the Moorish American Consulate website www.MoorishAmericanConsulate.org from the Home Page.

**[DATE 08-08-1443]**

| Plaintiff / Claimant / Respondent | | Defendant |
|---|---|---|
| **Almond Von El, TTEE** | ) | Attention: AGENT NAME |
| **MIKHAEL AMIRUL EL ESTATE TRUST** | ) | 25TH DISTRICT COURT |
| Sui Juris, In Propria Persona | ) | 1475 CLEOPHUS STREET |
| Moorish American National | ) | LINCOLN PARK, MICHIGAN 48146 |
| All Rights Retained At All Times | ) | Phone: (313) 382-8603 |
| | ) | Email: |
| Authorized Representative, ALMOND VON EL, | ) | Fax: |
| TTEE, Heir to the Estate: | ) | Website: www.25thdistrictcourt.org |
| | ) | |
| GENO VON BRYANT | ) | |
| ALMOND VON EL | ) | |
| MIKHAEL AMIRUL EL | ) | |
| | ) | |
| Care of Mailing Location HERE | ) | |
| Email Address: | ) | |
| Phone: | ) | |
| | ) | |
| | ) | **UNLAWFUL BILL OF ATTAINDER: E91246** |
| | ) | |

**Notice to agent is notice to principal and notice to principal is notice to agent.**

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

**MACN-A020_Affidavit of Fact - Writ Discovery [ Page 1 of 3 ]**

~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~




# Moorish American Consular Court, Competent Jurisdiction
Pursuant to P.L. 8 Stat. 484

Let it be noted for the record, on the record and let the record show a response is required immediately from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received immediately this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution for the united States of American Republic.

Furthermore, you are commanded to uphold your Constitutional duty to provide a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per *Article VI of the United States Republic Constitution and Article IX of the Constitution of the state of STATE NAME HERE.*

"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**"

"The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "
"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially" **Thompson v Smith 154 SE 583**
" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational" **ASIS v US 568 F2d, 284**
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." **Burns v Sup Ct. SF, 140 Cal 1.**
**For the record, on the record, and let the record show from where do you derive, your authority and jurisdiction in this matter.**
"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist." **Stuck v Medical Examiners 94 Ca 2d 751.211,P2d 389.**

Dred Scott v. Sandford, 60 U.S. 393, was a landmark decision of the United States Supreme Court in which the Court held that the Constitution for the united States of America was not meant to include American citizenship for black people. **In Dred Scott v. Sandford (Argued 1856 – decided 1857) The Dred Scott Decision of 1857**

"My client is not a Negro, though it is a crime to be a Negro--no crime to be born with a black skin. But my client is not a Negro. His skin may not be as white as ours, but I say he is not a Negro, though he may be a Moore." "Mr. Lincoln," interrupted Judge Davis, scarcely able to restrain a smile, "you mean a Moor, not Moore." "Well, your Honor, Moor, not C.H. Moore," replied Mr. Lincoln, with a sweep of his long arm toward the table where Moore and I sat. "I say my client may be a Moor, but he is not a Negro." To Lincoln, regardless of Dungey's skin color, his Portuguese or Moorish ancestry gave Dungey legal and social rights in the community, state, and the country." **William Dungey v. Joseph Spencer of 1853 DeWitt County Courthouse.**





### Moorish American Consular Court, Competent Jurisdiction
Pursuant to P.L. 8 Stat. 484

**Zodiac Constitution by C.M. Bey AA222141 / Library of Congress, Article 2**

Since the 12 jurymen of the 50 Union States magna Charta document of White Supremacy and the nine judges of their Supreme Court were founded upon our Moorish Zodiac 12 Signs, Mathematical Constitution, **the lawmaker have no jurisdiction over the Free Moors** , the Beys and Els, **in the inherited land of the Moorish nation**, namely: U.S.A. , Canada, Central and South America. The Moorish American Nationality and their sir names, Bey and El, are their inherited birthrights without a legal due process of the lawmakers of the Union Society, U.S.A. What our Moorish forefathers were, we are today without a doubt or contradiction, namely, Moorish!

Upon my inherited status, I Almond Von El, being a descendant of The Ancient Moabites in other respect known as American – Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – *Love, Truth, Peace, Freedom*, and *Justice*; Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Autograph; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

I Am: *Almond Von El*

Almond Von El, Sui Juris, **Omnia Iura Reservantis**



**MACN-A020_Affidavit of Fact - Writ Discovery [ Page 3 of 3 ]**

~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~





## Moorish American Consular Court, Competent Jurisdiction
Pursuant to P.L. 8 Stat. 484



### 𝔐oorish 𝔑ational �civil Republic 𝔉ederal 𝔊overnment 𝔑orth 𝔈ast 𝔄mexem
### 𝔗erritories and 𝔇ominions
### ❧ ~ An Unincorporated Moorish Science Temple for America ~ ❧
### The True and De Jure Natural Heirs and Inheritors to the Land
### ❧ ~ I. Self. Law. Am. Master. ~ ❧

# 𝔄verment Of Jurisdiction - Quo Warranto

### For The Record, To Be Read Into The Record
### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

**[DATE 08-08-1443]**

| | |
|---|---|
| Almond Von El<br>Sui Juris, In Propria Persona<br>Moorish American National<br>All Rights Retained At All Times<br><br>Care of Mailing 14232 Mansfield Street<br>Detroit, Michigan Republic [48227]<br>Email Address:<br>Phone: (313) 978-3750 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ECORSE POLICE DEPARTMENT<br>C. STAUB<br>3869 WEST JEFFERSON AVENUE<br>ECORSE, MICHIGAN<br>Phone: (313) 381-0900<br>Email:<br>Fax:<br><br>**UNLAWFUL BILL OF ATTAINDER: E91246** |

## 𝔯es 𝔍udicata

**Hagans v Lavine 415 U.S. 533,** There is no discretion to ignore lack of jurisdiction. **Joyce v U.S. 474 2d 215;** The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thibotout 100. S. Ct 2501 (1980);** "Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co. 495 F.2d 906,910.**

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for COURT OF COMMON PLEAS OF WAYNE COUNTY MICHIGAN and/or C. STAUB to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per **Article III, Section 1 of the United States Republic Constitution**:

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate

---

**MACN-A021_Averment of Jurisdiction – Quo Warranto [ Page 1 of 2 ]**
~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~

and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." **18 U.S.C. §1621**

**Nothing in this lawful document shall be misconstrued or implied to consent to any jurisdiction other than my ancestral inherited estate.**

Upon my inherited status, I Almond Von El, being a descendant of The Ancient Moabites in other respect known as American – Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – *Love, Truth, Peace, Freedom*, and *Justice*; Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Autograph; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

*I* Am: *Almond Von El*

Almond Von El
**Omnia Iura Reservantis**
Phone: (313) 978-3750
Email:
Northwest Amexem – Northwest Africa – North America – The North Gate
Central Amexem – South Amexem – Adjoining and Americana Islands

Witness: *Mikhael Amirul El*
Mikhael Amirul El A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Retained At All Times

Witness: *Rashawn El*
A Free and Sovereign Moorish American National, Northwest Amexem / Africa / America
All Rights Retained At All Times

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number:** 20220812000688-5

Filing Date and Time: 08/12/2022 08:05 PM

Total Number of Pages: 6

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
**Mikhael Amirul :El**

**B. E-MAIL CONTACT AT FILER** (optional)
**elmikhael705@gmail.com**

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
**Mikhael Amirul :El**
**3017 South Edsel Street**
**Detroit, MI 48217 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME **ECORSE POLICE DEPARTMENT** | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS **3869 WEST JEFFERSON AVENUE** | CITY **Ecorse** | STATE **MI** POSTAL CODE **48229** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME **STAUB ID No. #8** | FIRST PERSONAL NAME **C.** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS **3869 WEST JEFFERSON AVENUE** | CITY **Ecorse** | STATE **MI** POSTAL CODE **48229** | COUNTRY **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME **MIKHAEL AMIRUL EL TRUST** | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS **c/o 3017 South Edsel Street** | CITY **Detroit** | STATE **MI** POSTAL CODE **48217** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

# Affidavit of Truth

I.    <!--[endif]-->**The Jurisdiction of this Estate is within my Moroccan Ancestral Land of Morocco**.

* **North America** at altitude latitude coordinates, fifty-four point five six zero degrees N [54.5260°], one hundred five point two five five zero degrees W [105.2551°W],
* **South America** at eight point seven three two degrees S [8.7832°S], fifty-five point four one nine one five degrees W [55.4915°W], and
* **Central America** at twelve point seven six nine zero degrees N [12.7690°N], eighty-five point six zero two four degrees W [85.6024°W]
* **De Jure Law of the United States** and all treaties made under the authority of the United States in accord with **Article III of the Constitution**.
* **The Claimant, MIKHAEL AMIRUL EL TRUST** is a **Vast Estate Pure Express Trust** A **Sovereign Ecclesiastically International Commissioned Divine Natural Agreement**.
* Is a Moor National of the **Al Moroccan Empire**.

II.    <!--[endif]-->**A. The Parties to This Complaint.**

The Plaintiff(s) Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Moorish American National

Appellation Almond Von El

Street Address c/o 14232 Mansfield Street

City and COUNTY Detroit Territory, Wayne

State and Zip Code <u>Michigan Republic [48227]</u>

Telephone Number <u>(313) 978-3750</u>

E-mail Address

Website

**B.** The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Defendant No. 1 Name US CORP NAME:

Name <u>ECORSE POLICE DEPARTMENT</u>

Job or Title

Street Address <u>3869 WEST JEFFERSON AVENUE</u>

City and County <u>ECORSE, WAYNE</u>

State and Zip Code <u>MICHIGAN 48229</u>

Telephone Number <u>(313) 381-0900</u>

E-mail Address

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Defendant No. 2 Name US CORP NAME:

Name <u>C. STAUB ID No. 8</u>

Job or Title

Street Address <u>3869 WEST JERRERSON AVENUE</u>

City and County <u>ECORSE, WAYNE</u>

State and Zip Code <u>MICHIGAN 48229</u>

Telephone Number <u>(313) 381-0900</u>

E-mail Address

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Defendant No. 3 Name US CORP NAME:

Name <u>25TH DISTRICT COURT</u>

Street Address <u>1475 CLEOPHUS STREET</u>

City and COUNTY <u>LINCOLN PARK, WAYNE</u>

State and Zip Code <u>MICHIGAN 48146</u>

Telephone Number <u>(313) 3828603</u>

E-mail Address

Website <u>www.25thdistrictcourt.org</u>

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Defendant No. 4 Name US CORP NAME:

Name AREN & STAR TOWING & RECOVERY

Job or Title

Street Address 16550 RACHO ROAD

City and County TAYLOR, WAYNE

State and Zip Code MICHIGAN

Telephone Number (734) 283-6635

E-mail Address

The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Defendant No. 5 Name US CORP NAME:

Name RYAN LAWSON

Job or Title

Street Address 16550 RACHO ROAD

City and County TAYLOR, WAYNE

State and Zip Code MICHIGAN

Telephone Number (734) 283-6635

E-mail Address

## III.   <!--[endif]-->Counter claim

**Motion for: Plea In Abatement, Rule 41 Dismissal of Actions (b), Local Civil Rule 73.4 & Rule 56 Summary Judgment**

1. <!--[endif]-->On 08/06/2022 at approximately 10:32pm STATE OF MICHIGAN, CITY OF ECORSE Policy Enforcer, C. STAUB ID No. #8 violated, Almond Von El, Rights to Travel. Dismiss plaintiff claims for lack of subject matter Jurisdiction. (Murduck v. Penn, 319 US 105), (People versus Nothaus, 147 Colo "No State), (Federal law & Supreme Court case applied to state cases Howlett v Rose, 496 U.S. 256 (1990)), (Thompson v. Smith 154SE 579),

2. <!--[endif]-->C. STAUB ID No. #8 violated, Almond Von El Rights to a nationality and as a Living Being the Flash Live and the Blood Floods. (The Constitution of the United States Article [I] Amendment 1 – Freedom of expression and religion, II, IV, V, VII, IX, X), (Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 4),

3. <!--[endif]-->C. STAUB ID No. #8 and AREN & STAR TOWING & RECOVERY perform an unlawful search and seizure against, Almond Von El on 08/06/2022 at approximately 10:40pm. (Constitution of Michigan of 1963 § 1, 2, 4, 5, 6, 9 Slavery and Involuntary servitude, 10, 11, 21, 22, 23),

4. <!--[endif]-->C. STAUB ID No. #8 on 08/06/2022 at approximately 10:42pm kidnap, Almond Von El (unlawfully detain), private trust property a machine (automobile) 2002, Mercury, Sable, 4 Door, Vehicle Identification Number: 1MEFM55 SX2G618084.

   (Treaty of Peace and Friendship 1787 Between Morocco and The United States Article 2, 4, 6, 12),

5. <!--[endif]-->C. STAUB ID No. #8 on 08/07/2021 or after submitting an affidavit (uniform law citation) stating that, Almond Von El was black and was the, all capital letter name GENO VON BRYANT, to ECORSE POLICE DEPARTMENT; Agency ORI MI8237000.  (United Nations Declaration on Rights of Indigenous People Article 1, 2, 3, 4, 5, 6, 7; 1 & 2, 8; 1 & 2 (a)(b)(c)(d)(e), 9, 10, 11; 1 & 2, 13; 1 & 2, 15; 1 & 2 17; 1, 18, 19, 20; 1 & 2,), (1933 – Legislative Journal – House – Page 5759 resolution N0. 75), (29 DE Code § 106 a4 (2016)),

6. <!--[endif]-->On 08/09/2022 approximately at 1:00pm Elyah Olam Bey and Almond Von El arrived at AREN & STAR TOWING & RECOVERY try to retrieve trust property Vehicle Identification Number: 1MEFM55 SX2G618084 where RYAN LAWSON holding it for ransom.

## IV.   <!--[endif]-->Remedy

1. <!--[endif]-->To prevent further litigation,

2. <!--[endif]-->**Writ of Delivery:** 2002, Mercury, Sable, 4 Door, Vehicle Identification Number: 1MEFM55 SX2G618084.

   3. ECORSE policy enforcer C. STAUB ID# 8, is being sued in the amount of $14,150,500 (fourteen million one hundred fifty thousand five hundred)and for punitive damages in the amount  $140,854,500 (One-hundred forty million eight hundred fifty four thousand five hundred) in United States lawful currency, or
   4. In the form of a bond or a cashier's check payable to: MIKHAEL AMIRUL EL TRUST,
   5. Mail to c/o 3017 South Edsel Street, Detroit, Michigan [48217]

6.   <!--[endif]-->To update ECORSE POLICE DEPARTMENT database and add Almond Von El name to their do not detain list.

| | |
|---|---|
| 5.  Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ | being administered by a Decedent's Personal Representative |

| | |
|---|---|
| 6a.  Check only if applicable and check only one box:<br>  ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>  ☐ Agricultural Lien   ☐ Non-UCC Filing |

7.  ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8.  OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT **ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME **ECORSE POLICE DEPARTMENT** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME **25TH DISTRICT COURT** | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS **1475 CLEOPHUS STREET** | CITY **Lincoln Park** | STATE **MI** | POSTAL CODE **48146** | COUNTRY **USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME **AREN & STAR TOWING & RECOVERY** | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS **16550 RACHO ROAD** | CITY **Taylor** | STATE **MI** | POSTAL CODE **48180** | COUNTRY **USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME **LAWSON** | FIRST PERSONAL NAME **RAYN** | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS **16550 RACHO ROAD** | CITY **Taylor** | STATE **MI** | POSTAL CODE **48180** | COUNTRY **USA** |

22. ☑ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME **EI** | FIRST PERSONAL NAME **Almond** | ADDITIONAL NAME(S)/INITIAL(S) **Von** | | SUFFIX |
| 22c. MAILING ADDRESS **c/o 14232 Mansfield Street** | CITY **Detroit** | STATE **MI** | POSTAL CODE **48227** | COUNTRY **USA** |

23. ☑ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME **EI** | FIRST PERSONAL NAME **Mikhael** | ADDITIONAL NAME(S)/INITIAL(S) **Amirul** | | SUFFIX |
| 23c. MAILING ADDRESS **c/o 3017 South Edsel Street** | CITY **Detroit** | STATE **MI** | POSTAL CODE **48217** | COUNTRY **USA** |

24. MISCELLANEOUS:

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | | | |
|---|---|---|---|
| 18a. ORGANIZATION'S NAME **ECORSE POLICE DEPARTMENT** | | | |
| 18b. INDIVIDUAL'S SURNAME | | | |
| FIRST PERSONAL NAME | | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX | |

OR

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 19b. INDIVIDUAL'S SURNAME **BRYANT** | FIRST PERSONAL NAME **GENO** | ADDITIONAL NAME(S)/INITIAL(S) **VON** | SUFFIX |
| 19c. MAILING ADDRESS **c/o 14232 Mansfield Street** | CITY **Detroit** | STATE **MI** POSTAL CODE **48227** | COUNTRY **USA** |

OR

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

OR

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

OR

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

OR

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

OR

**24. MISCELLANEOUS:**



**NEW JERSEY REPUBLIC**
AlMaghribAlAqsaConsulateNJ@Gmail.com
c/o 722 East Landis Avenue, Box 127
near. [Vineland Territory, New Jersey [08360]
PHONE: (856) 982-8023

**PENNSYLVANIA REPUBLIC**
MoorishAmericanConsulateNE@Gmail.Com
c/o 1300 Macdade Boulevard, Suite 2 #439
near. [Folsom Territory, Pennsylvania [19033]
PHONE: (856) 362-4392

**Moorish National Republic Federal Government North East Amexem Territories and Dominions**
❦ ~ An Unincorporated Moorish Science Temple for America ~ ❦
**The True and De Jure Natural Heirs and Inheritors to the Land**
FAX: (856) 200-8856 | WEBSITE: www.MoorishAmericanConsulate.org
❦ ~ I. Self. Law. Am. Master. ~ ❦

---

# Notice Of Public Records Status Correction
## International Document

28 Jamaada'l Akhirat 1443 MCY [28 June 2022 CCY]

**Aboriginal Moorish American Class A1 Citizenship No. ® © AA 222141 in the Library of Congress Clock of Destiny, Moorish American Nationality Card of Identification with Zodiac Constitution**

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the 'Corrected Appellation and Proclaimed Nationality, which affirms the political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of **Amare [Love], Veritas [Truth], Pax [Peace], Libertas [Freedom] and Iustitia [Justice]**, exercising my Natural Substantive Rights and Religious Heritage; is self-executing.

This Declaration and Proclamation also stands as verification that I, **Almond Von El** have sent verification of my status correction to the Moorish American Consular Court, Article III jurisdiction and pursuant to Article 20 of the Treaty of Peace and Friendship between His Imperial Majesty the Emperor of Morocco and the united States of America, Treaty Series 244-1 & 2; 8 Stat. 100 and 9 Bevans 1286 (*entered into force January 28, 1837 and ratified by all parties to include all states of the union.*) See PUBLIC STATUTES AT LARGE OF THE UNITED STATES, VOLUME 8, PAGES 100 THROUGH 104 and PAGES 484 THROUGH 487.

For the record the number for this recording is **MNRFG-N000000354**.

Attached is the Lawful Notice! Appellation Declaration, Correction, Proclamation and Publication and the International Judicial Notice and Proclamation.

In Honor Always,

Vizir for the Moorish American Consular Court
North East Amexem Territories and Dominions **Am:** *YeSharon Akasha El Rae Bey*

**JUN 2 8 2022**
RECORDED
By Supreme Judiciary
Case No: N000000354

YeSharon Akasha El Rose Bey, Supreme Judiciary
Flesh and Blood Being, *Omnia Iura Reservantis* Amexem
Without Recourse, Without Prejudice, U.C.C. 1-308

"Amen, dico vobis, quaecumque alligaveritis super terram erunt ligata et Ego in caelo et quaecumque solveritis super terram erunt soluta et in caelo"
[I say to you, whatever you bind on earth will be bound in heaven and whatever you loose on earth will be loosed in heaven]

FEDERAL CLASSIFICATIONS: UNIQUE IDENTIFIER NO. 1237.7 / HIERARCHAL CODE R1.01.052.004 / FEDERAL CODE NO. 667 / FEDERAL CODE NO. 463 / U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17 / U.S. DEPARTMENT OF JUSTICE FILE NO. BM-2RR-1WD-144-35-0-CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION-FORM 1099 DOC NO. 10105905 BOOK 521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928-AUGUST 01, 2:52PM / U.S. NATIONAL ARCHIVES RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 539——SEE: 7003. SOCIAL SECURITY ADMINISTRATION

**For the Record, To Be Read into The Record, Notice to Agent is Notice to Principle – Notice to Principle is Notice to Agent.**





**Notice of Public Records for Status Correction with the Government So Named [ Page 1 of 1 ]**
~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~
**Articles of Organization link is https://drive.google.com/file/d/14zoogirRi2eDhWYXNgQ7D8y72QDcVQPl/view?usp=sharing**






  

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

**𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙 𝕹𝖔𝖗𝖙𝖍 𝕰𝖆𝖘𝖙 𝕬𝖒𝖊𝖝𝖊𝖒
𝕿𝖊𝖗𝖗𝖎𝖙𝖔𝖗𝖎𝖊𝖘 𝖆𝖓𝖉 𝕯𝖔𝖒𝖎𝖓𝖎𝖔𝖓𝖘**
𖣠 ~ 𝕬𝖓 𝖀𝖓𝖎𝖓𝖈𝖔𝖗𝖕𝖔𝖗𝖆𝖙𝖊𝖉 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕾𝖈𝖎𝖊𝖓𝖈𝖊 𝕿𝖊𝖒𝖕𝖑𝖊 𝖋𝖔𝖗 𝕬𝖒𝖊𝖗𝖎𝖈𝖆 ~ 𖣠
𝕿𝖍𝖊 𝕿𝖗𝖚𝖊 𝖆𝖓𝖉 𝕯𝖊 𝕵𝖚𝖗𝖊 𝕹𝖆𝖙𝖚𝖗𝖆𝖑 𝕳𝖊𝖎𝖗𝖘 𝖆𝖓𝖉 𝕴𝖓𝖍𝖊𝖗𝖎𝖙𝖔𝖗𝖘 𝖙𝖔 𝖙𝖍𝖊 𝕷𝖆𝖓𝖉
𖣠 ~ I. Self. Law. Am. Master. ~ 𖣠

---

# 𖣠 - 𝒥udicial 𝒩otice and 𝒫roclamation - ⚘

𝒥o All Elected, all non-elected and to all appointed United States Republic Officials, Public Servants, and Officers of Trust, etc., doing business as, of, and for the Federal, State, City, and Municipal Governments; including their Personnel, their Contractors, and their other associate Corporate Entities doing business at North America; and to all 'Third Party Interlopers' or Contractors, etc.,: Concerning their Fiduciary Obligations, their Official Oaths, and their Duties enumerated in the American Constitution, adopted for governance of The United States Republic; all Binding Treaties; the Established Law of the Land; and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Publications and Presents:

𝒰pon my Heirship, inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, _____Almond Von El_____, being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem *(the Americas)*; standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent *(In My Own Proper Person)* to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

𝒥hat I, _____Almond Von El_____, Am a Noble of the Al Moroccan Empire *(North America)* In Propria Persona *(my own proper self)*; being Moorish American – an Heir and Descendant of the Ancient Moabites / Moors, by Birthright, by Freehold, by Primogeniture and by Inheritance; being Aboriginal and Indigenous to the Land(s) *(Amexem / Americas)* Territorium Hereditaments of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

𝒥he Al Moroccan *(American)* Continents - are the Lands of the Moors; being North America, South America; Central America; including the adjoining Islands *(Americana / Ameru / Al Moroc)*. I have, I acknowledge, I claim and I possess, by the said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Traditions, Customs and Culture; and determining my own political, social, and economic status of the State. I am turning my heart, my allegiance, and my mind back to my Ancient Mothers and Fathers - Moors / Muurs, with cognate honor, and by Divine and Natural Right. Being Moorish Americans, the direct Heirs and Descendants of the Ancient Moabites, we have and possess the Divine and internationally recognized Rights to our Hereditaments and Resources; and proclaim the right to determine our own social, economic and political life and 'Status of the State'; and in harmony with 'International Law'; and with such 'Rights of Claim' being absent of foreign – law threats, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected by any occupying foreign persons to any imposed frauds, 'nom – de – guerre' or Color-of-Authority.

𝒜oors / 𝒜oorish 𝒜mericans / 𝒜uurs, have, Proclaim and Possess the Unalienable Rights, Substantive Rights, and Birthright - Inheritance to our ancient pedigree traditions and Customs, and the Right of Claim to our Al Moroccan Attributes, Appellations, and Nationality, substantiated by, and supported by, Nature's Laws, by Divine Law, by Primogeniture, and by the recognized Laws of the Nations of the Earth *(International)*. Being the true, Ancient, Aboriginal / Indigenes and Heirs of the Land *(Amexem / America)* – 'The North Gate', being the *geographical heart-land (Maghrib)* of the Moroccan Empire. Moors / Muurs are the 'De jure' and rightful Freeholders by Birthright, by Inheritance and by Primogeniture Status; and have by those Inherited Rights, Descendible Claims. Note to all Comers, that we *(Heirs of the Land)* Possess the Secured Rights to Travel upon the Lands of our Ancient Fore-Mothers and fore-Fathers; upon the Public Roadways, upon the Byways and upon the Highways of our Continental United States *(relating to the Organic Land)* and absent of the genocidal, fraud – based extortion tributes, and Human Trafficking imposed by foreign 'colored'

    

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

Inquisitionists, or by their corporation - imposed excise taxation constructs, invented by the racketeering, anti-constitutional, foreign States' Legislators, constructed under *color* and styled to abridge and to steal Substantive Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace; The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; Stare Decisis; Res Judicata; and bindingly Affirmed by Articles III, IV and VI of the American Constitution Covenant of 1774 - 1781 A.D. = and Treaty 1200 -1 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. The said American Constitution established the Peoples' 'Supreme Law of the Land' standing upon the principles of moral government to secure the Rights of the People, and to keep limited Government operatives bound and in check by Official Oath, and by Official Bond. Let it be known that: 'Down from the Ancients Ones, *(our Primogenitors)* came the Allodial Isonomi Principles which established the Supreme Law of the Land!'

**Egypt**, *(Hikuptah)* is 'The Capital Empire of the Dominion of Africa'. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites, from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders of the present **Moroccan Empire**. This includes Algiers, Tunis, Tripoli, Mauritania, and the Americas, with their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis, even unto the present **North America, South America** and **Central America**; and also **Mexico** and the **Atlantis Islands** *(Americana)* before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America *(geographical location)*. The Great Pyramid *(equilateral)* is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We, the conscious Heirs, seek, at all times, to be cognizant of the civilization works, instructions, and progressive acts necessary to teach, to preserve and to defend the Nationality and Birthrights of All Moorish Americans (Al Moroccans), etc.

**The** Noble Moors / Muurs *(Heirs Apparent)* are the Natural Members / Citizens of the Ancient Al Moroccan Empire *(North America / 'The North Gate')* and are by civic and social duty, bound to recognize and to support our 'Great Seal' Sovereign Moorish National Federal Government and consanguine Nation of the Natural People. In our relation with others, we command the enforcement of our Al Moroccan Constitution. Thus, such organized communications and Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Attributes, Appellations and Noble Titles, **Ali, El, Bey, Dey**, and **Al**. The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of all Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having pre-existing, vested Constitution and Treaty - secured Rights and Immunities from foreign – corporate TAXATION, and from foreign, Criminal and Civil Jurisdiction by, and of, the colonial Union States Rights Republic *U.S.A., (private corporation and persons)* pursuant to, but not limited to, Divine Right; the United States Republic Supreme Court; International Law; and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

**The** present Union States Municipal and Civil Laws and Codes imposed upon the Land are a private – law, 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union; limited and bound by Article IV, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four *(1854)*. It governs 'ONLY' the rights and conduct of the alleged "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three *(1863)* Union States Rights Republic, under the Magna Charta *(The Great Charter)*, the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever, the said 'Union States Rights Republic' denies citizenship in the United States Republic *(U.S.A.)* to

  

 **Moorish American Consular Court, Competent Jurisdiction** 
Pursuant to P.L. 8 Stat. 484

the Heir descendants of the Moorish Nation in the Western Hemisphere, who have been erroneously referred to, 'branded as' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, Latinos, etc., etc. In addition, the Supreme Court of the United States *(in the landmark case)* of "Dred Scott v. Sandford" 60 US *(19 Howard)* 393 *(1857)* held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Attributes / Appellations / Noble Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic *(U.S.A.)* jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag *(Standard)* - Love, **Truth, Peace, Freedom,** and **Justice**. The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to all 'FOREIGN ENTITY TAXATION' *(Indigenes Not Taxed)* and maintain a NON–OBLIGATORY respect for the Union States Rights Republic *(U.S.A.)*, its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven *(1786 – 87)* - superseded by the Treaty of Eighteen Thirty-Six *(1836); Resolution 75: Journals of The House of Representatives, adopted for the United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Appellations and Titles. Reaffirmations have been made via The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. *(No, 16)* at 19, U.N. Document A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple of America Identification Cards, etc.

**Furthermore**, I Assert My full Birthrights - Sovereignty and Substantive Rights and my Right of Claim to all Hereditaments - Being a Sundry Free Moor / Muur and a *(Natural Being)* distinguished from all and any spurious constructs, created by the foreigners, or by their agencies, pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation *(Ab Antiquo);* The Treaty of Peace and Friendship – 1786 -87 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act *(Union States Army: 1861 -1863);* The 1854 Roman Catholic Magna Charta; The Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural Peoples and of their Substantive Rights, etc., the following are pertinent and established Supreme Court Decisions, *(Stare Decisis and Res Judicata)* to wit:

**1.** **The** Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781:**

**2.** **The** use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

**3.** **The** Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

**4.** **The** Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

**5.** **State** Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v.**

    

### Moorish American Consular Court, Competent Jurisdiction
Pursuant to P.L. 8 Stat. 484

**Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. *The* state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. *Traveling* in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 1 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. *Under* the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. *Where* Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. *The* claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. *For* a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. *If* any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "*Lack* of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

*Whereas,* In light of the foregoing Jurisprudence 'Stare Decisis' and 'Res Judicata' affirmed and declared by the Supreme Court Decisions; by Facts, and by Law; and counter to the negative and 'colorable' social and political conditions instituted by corporate State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic *(U.S.A.),* and by its agents, personnel, contractors, and assigns. Maxims and Axioms are lawfully, legally in force under National and International Law attending to these issues. And this Affiant *(Natural Being - In Propria Persona)* does not abandon any of my Estate Rights; do not waive any Substantive Rights; does not transfer 'Power of Attorney' to any foreigner; and does not willingly consent to any public trial or ministerial hearing in any 'colorable' tribunal venue or involvement with any non-Article III, unconstitutional jurisdiction. The Official Oaths and Bonds; the Obligations; and the Fiduciary duties of all accusers and proof-bound 'claimants' to National Constitution and Treaty Law and Order; the Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal Law violation and International Law offence and Trespass.

*Whereas,* there is no question that a 'Bench Appearance Summons', a Detention, an Arrest and a Ticket or Citation, issued by a Police [Officer] or by others, against the people, for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*That* the Organic United States Republic Constitution *(derived from Ancient Moabite / Moorish Law)* remains 'The Supreme Law of the Land'; and all Treaties made, or which shall be made, under the Authority of The United States Government, and under its Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law or colorable processes which are Repugnant to the Constitution or Treaty shall remain forever *'colorable'* and are Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 *(1803).* Any Municipal Officer(s), Person(s), Personnel, Employee(s) or Contractor(s) who violate or abridge the Rights of the Natural People are subject to suit in their personal and/or official capacity to wit:

    

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

*Title* 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

*Title* 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

*Therefore,* in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defense of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' by a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

*Wherefore* all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.



**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional – secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, or acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest'; a 'Conflict of Law'; and clearly establish the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality and International Law, etc. Thus, a clear and documented 'Averment of Jurisdiction / Quo Warranto' is also hereby proclaimed and advanced to all parties of interest. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal / Indigenes of the Land! Thus, only Moors can **'Present'** 'Self'!

**I**, _____ **Almond Von El** _____, being a real, live flesh and blood, breathing, Divine and Natural Being - born sanguineous of a natural, thinking and animated Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true. This 'Notice' is constructed to the best of my knowledge, conjoined to my Culture, Customs and Beliefs; being actual, factual, and restorative in nature to my ancient Traditions and Customs; presented as correct, and not misleading, etc.; - being the Truth, the whole Truth, and nothing but the Truth. As with our ancient Traditions and Customs, I entreat to all:

**H**ibu *(Love)*, **H**aqq *(Truth)*, **S**alaam *(Peace)*, **H**urryatun *(Freedom)*, **A**dl *(Justice)*, **A**ll Rights Reserved Without Prejudice; U.C.C. 1-207 / U.C.C. 1-308, U.C.C. 1-103.

**I Am:** _Almond Von El_____.
Natural Person - In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio: Authorized Representative; All Rights Reserved

**Aboriginal** / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se, Nor Colorable)
*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Heirs and Inheritors of the Lands *(Territories)* – (North America, Central America, South America, and the Adjoining Islands - Al Moroc / Ameru / Americana).

**Witness:** _Michael Aminul El_____.
Natural Person - In Propria Persona – Sui Juris, Sui Heredes - In Solo Proprio: All Rights Reserved

**Witness:** _Davante Bey_____.
Natural Person - In Propria Persona – Sui Juris, Sui Heredes - In Solo Proprio: All Rights Reserved

**Witness:** _Rasheem El_____.
Natural Person - In Propria Persona – Sui Juris, Sui Heredes - In Solo Proprio: All Rights Reserved

     

## Moorish American Consular Court, Competent Jurisdiction
### Pursuant to P.L. 8 Stat. 484

\*   \*   \*   \*   \*   \*   \*

> **PLEASE DO NOT FILL BELOW THIS POINT. THE JUDICIARY AND CONSULS COMMISSIONED BY THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT NORTH EAST AMEXEM TERRITORIES AND DOMINIONS COMPLETES THIS SECTION.**

*By* Special Appearance, before me on Day __9__ of __June__, **2022** *christian calendar year* = 1443 Moorish Calendar Year, and in Honor, the Divine Natural Being, __Almond Von El__, Affirms that He / She is a Descendant / Heir, Natural Person / Divine Being herein, standing 'In Full Life', existing in His / Her own Proper Person; meeting the primal 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being of descendible age and competence; and being lawfully qualified and competent to execute this Document of Affidavit. I therefore place my hand, my autograph and my seal thereto.

*Chronos:*

Day: __9__    Month: __Jumaadal Akhirad__   Year: __1443__.

*I* Am: __Faatima Yasmeen El Basis Bey__

Judiciary Members and Consuls: *N*atural Person - In Propria Persona, Sui Juris; Sui Heredes – In Solo Proprio:
Authorized Representative; U.C.C. 1-308, U.C.C. 1-207, U.C.C. 1-103; All Rights Reserved, Free Moor / Muur
*N*orthwest *A*mexem / *N*orthwest *A*frica / *N*orth *A*merica / '*T*he *N*orth *G*ate'

**FEDERAL CLASSIFICATIONS:** UNIQUE IDENTIFIER NO. 1237.7 / HIERARCHAL CODE R1.01.052.004 / FEDERAL CODE NO. 667 / FEDERAL CODE NO. 463 / U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17 / U.S. DEPARTMENT OF JUSTICE FILE NO. BM: $HR:1WD:144-35-0-CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION-FORM 1099 DOC NO. 10105905 BOOK 521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928-AUGUST 01, 2:52PM / U.S. NATIONAL ARCHIVES RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 539———SEE: 7003: SOCIAL SECURITY ADMINISTRATION

  

     

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

*Courtesy Copies:*

**Moorish National Republic Federal Government North East Amexem Territories and Dominions**
Send PDF of Nationality Documents via email address MoorishAmericcanConsulateNE@Gmail.com – *no need to mail*

| UNITED STATES INCORPORTED | UNITED KINGDOM INCORPORATED | CANADIAN GOVERNMENT |
|---|---|---|
| **President of the United States of America,** Joseph Robinette Biden Jr Care of 1600 Pennsylvania Ave, NW, Near. [Washington District of Columbia 20500] | **United Kingdom Prime Minister** Boris Johnson Care of 10 Downing Street London SW1A 2AA | **Canadian Minister of Foreign Affairs,** Melanie Joly Care of 125 Sussex Drive Near. [Ottawa, ON [K1A 0G2]] Canada |
| **United States Department of State** Antony Blinken, Care of 2201 C ST, NW Near. [Washington D.C.] US 38°53'39"N and 77°2'54"W | **Her Majesty's Treasury** Hon. Simon Clarke Care of 1 Horse Guards Road London, SW1A 2HQ | **Chief Justice of the Canadian Supreme Court** The Rt. Hon. Richard Wagner Care of 1301 Wellington St Near. [Ottawa, Ontario [K1A 0J1]] Canada |
| **Chief Justice of the United States Supreme Court,** John Roberts Care of 1 First Street North East, Near. [Washington, D.C. [20543]] | **Home Office, The Rt. Hon. Priti Patel MP** Direct Communication Unit Care of 2 Marsham Street London SW1P 4DF | **Prime Minister of Canada** Justin Pierre James Trudeau Care of 80 Wellington Street Near. [Ottawa, ON [K1A 0A2]] Canada |
| **United States Army Provost Marshal General,** MG Kevin Vereen Care of 2800 Army Pentagon, Near. [Washington, D.C. 20310-2800]] | **Attorney General's Office** The Rt. Hon. Suella Braveman QC MP Care of 5-8 The Sanctuary London, SW1P 3JS | **Canadian Minister of Justice and Attorney General** David Lametti Care of 284 Wellington Near. [Ottawa, ON [K1A 0R5]]Canada |
| **International Court of Justice** Joan E. DONOHUE Peace Palace, Carnegieplein 2 Care of 2517 KJ The Hague, The Netherlands Phone: +31 70 302 23 23 - SEND RM | **HM Land Registry – Croydon Office,** Simon Hayes Care of 1 Bedford Park Croydon, CR0 2AQ | **Treasury Board of Canada Secretariat** Mona Fortier Care of 90 Elgin Street, 8th Floor Near. [Ottawa, ON [K1A 0R5]] Canada |
| **United States Attorney General** Merrick B. Garland Care of 950 Pennsylvania Avenue, NW Near. [Washington D.C. 20530-001 | **HM Revenue and Customs** Jim Harra Care of Benton Park View Newcastle Upon Tyne NE98 1ZZ, United Kingdom | **Canadian Minister of National Defense** Anita Anand Care of 101 Colonel By Drive Near. [Ottawa, Ontario [K1A 0K2]] Canada |
| **United States Secretary of the Treasury,** Janet Yellen Care of 1500 Pennsylvania Avenue, NW, Near. [Washington, D.C. [20220]] | **Department and Health and Social** Care Savid Javid Care of 39 Victoria Street London, SW1H 0EU | |
| **Secretary of the United Nations** Antonio Guterres Care of 405 East Forty Second Street, Near. [New York, New York [10017]] | **Ministry of Housing, Communities & Local Government** Michael Gove, Care of 2 Marsham Street, London, SW1P 4DF | **Secretary of the United Nations** Antonio Guterres Care of 405 East Forty Second Street, Near. [New York, New York [10017]] |
| **Archbishop near the territory [STATE] you currently domicile near:** | **United Kingdom Army Provost Marshal General,** Vivienne Buck Care of Whitehall, London SW1A 2HB | **Archbishop near the territory you currently domicile near** Anne Germond Care of 80 Hyden Street [Toronto, Ontario [M4Y 3C7]] Canada |
| **Governor of the corporate territory [STATE] you domicile near** | **The Archbishop of Canterbury Justine Welby** Care of Lambeth Palace, London SE1 7JU | **Governor of the corporate territory you domicile near** Elizabeth Dowdeswell Care of 111 Wellesley St. Near [Toronto, Ontario [M7A 1A1]] Canada |

**MACN-A002_Judicial Notice and Proclamation [ Page 8 of 8 ]**
~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~






**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

### 𝔐oorish 𝔑ational 𝔑epublic 𝔉ederal 𝔊obernment 𝔑orth 𝔈ast 𝔄mexem 𝔗erritories and 𝔇ominions
𝖆 ~ 𝔄n 𝔘nincorporated 𝔐oorish 𝔖cience 𝔗emple for 𝔄merica ~ 𝖆
𝔗he 𝔗rue and 𝔇e 𝔍ure 𝔑atural 𝔥eirs and 𝔍nheritors to the 𝔏and
𝖆 ~ I. Self. Law. Am. Master. ~ 𝖆

# LAWFUL NOTICE!
# 𝖆 - Appellation Declaration, Correction - ✍
# Proclamation and Publication

**I Am,** _____Almond Von El_____, being a direct descendant of the Ancient Canaanites / Moabites, assert my Birthright Claim of Right and of Title. Standing squarely and duly Affirmed, I do Declare, and Proclaim, upon Divine Law; upon Nature's Law; upon Universal Law; upon my Moorish Birthrights; upon International Law; and by Treaty and Constitutional Law; Declare, Proclaim and say:

**I Am,** _____Almond Von El_____, being previously misclassified and misidentified by persons of the Union States Society, U.S.A - doing business at North America, was falsely – designated under the colorable, Ward-ship name, _____GENO VON BRYANT_____, and do hereby refute the said Misclassifications and Frauds; making it known to the Public; and Publish my Corrected Free National Appellation, Attribute and Title. I Declare and Affirm my true, 'Proper Person Status and Estate' and assertively Reclaim my Rightful Social and Cultural Life of the State. My Declaration, Correction, Proclamation and Publication are in sanguineous and harmonious accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully, Dutifully, and Legally Obtained and Proclaimed my Moorish Nationality and Birthrights, Appellation and Title; in harmony with, in association with, and in Accord with Divine Law; the archaic Customs; and the Laws, Rules, and Usages of the "The Moorish Divine and National Movement"; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Heirship Inheritance.

My Right of Claim is 'Declared' for the Public Record, and I am returning the European cognomen, brands, and fictitious misnomer(s) back to the Colonial possessors of their construct and pedigree. I am now Rightfully and correctively Declaring, Publishing, and Proclaiming my own Free National Appellation and Title; Affirming my Actual, Rightful, and 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that:

**I Am,** _____Almond Von El_____, 'In Propria Persona' Sui Juris, Sui Heredes, In Solo Proprio (being in my own proper person), by birthright; and by Heirship Inheritance and WITHOUT IMPOSITION OF THE FOREIGN, IMPOSED COLOR-OF-LAW, COLOR OF AUTHORITY, NOR BY ANY ASSUMED OR COLORABLE JURISDICTIONS OR DUE PROCESSES of the foreign Union States Society persons doing business at North America / Northwest Amexem; pursuant to, but not limited to:

1. FREE MOORISH AMERICAN ZODIAC CONSTITUTION: (Zodiac Constitution and Birthrights of the Moorish Americans) - being Ali, Bey, El, Dey and Al, affirmed and supported by Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
3. Moorish American Credentials: Copyright AA 222141 TRUTH A-1.
4. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State.
5. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty Clause) and Amendment IX (9) (Reservation of the Rights of the People).
6. HOUSE OF REPRESENTATIVES: RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. TITLED, "MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES".
7. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].
8. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4, Article 5.

   

**Moorish American Consular Court, Competent Jurisdiction**
Pursuant to P.L. 8 Stat. 484

  

International Law: Moorish Americans, being the rightful Heirs and Aboriginal and Indigenous Natural Peoples of the Land, have and exercise the divine and natural rights to proclaim our Attributes, Appellation, Titles and Nationality.

**Moors / Muurs** have and exercise our divine and natural rights to live in freedom, peace and security as distinct People and to full guarantees against genocide or any acts of violence, including the removal of our natural birthed seed or offspring from our families and communities under any pretext. In addition, Moors have the individual rights to life, physical and mental integrity, liberty and security of person.

**Moors / Muurs** have and exercise the divine and natural rights to revitalize, use, develop, and to transmit to our future generations their histories, their languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places, and person. States shall take effective measures, whenever any rights of Moors / Muurs may be threatened, to ensure this right is protected, and also to ensure that they can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

Wherefore, **I Am,** _____Almond Von El_____, being Heir to the Land and 'Part and Parcel' herein, by Birthright, by Freehold, by Primogeniture, and by Heirship Inheritance, stand with assured competence, and make a Lawful Entry of Affidavit and Public Notification of Nationality Proclamation; Appellation Correction Claim; Declaration; Affirmation; and Application - Herewith made known and Published for the 'Public Record'.

## <u>Sovereign Personam Jurisdiction Proclamation</u>

**I Am** _____Almond Von El_____, In Propria Persona, Sui Juris, In Proprio Solo, In Proprio Heredes at all times and all points in time.

"No UNITED STATES SERVICE CORPORATION CITIZEN or U.S. CITIZEN has Personam Jurisdiction over the Aboriginal Indigenous Sovereign Moorish American Nationals".

**I Am NOT** surety nor collateral for any debts assumed by the TRADE NAME / NOMEN / TRUST CORPSE _____GENO VON BRYANT_____.

All CORPORATE/ Corporate/ corporate contracts with _____GENO VON BRYANT_____, and all derivatives thereof are now publicly revoked, terminated, cancelled and abolished forever as all contracts that begin in fraud remain in fraud. *All signatures and autographs are rescinded.*

I Am: _~Almond Von El~_
> A Free and Sovereign Moorish American National, Sui Juris - All Rights Reserved,
> Northwest Amexem / Northwest Africa / North America / 'The North Gate'

Vizir for the Moorish American Consular Court
North East Amexem Territories and Dominions

**JUN 2 8 2022**
RECORDED
By Supreme Judiciary
Case No: _N000000354_

Witness: _~Michael Samuel El~_
> A Free and Sovereign Moorish American National, Sui Juris - All Rights Reserved,
> Northwest Amexem / Northwest Africa / North America / 'The North Gate'

Witness: _~Rashawn El~_
> A Free and Sovereign Moorish American National, Sui Juris - All Rights Reserved,
> Northwest Amexem / Northwest Africa / North America / 'The North Gate'.

Witness: _~Rayvonn El Bay~_
> A Free and Sovereign Moorish American National, Sui Juris - All Rights Reserved,
> Northwest Amexem / Northwest Africa / North America / 'The North Gate'.

FEDERAL CLASSIFICATIONS: UNIQUE IDENTIFIER NO. 1237.7 / HIERARCHAL CODE R1.01.052.004 / FEDERAL CODE NO. 667 / FEDERAL CODE NO. 463 / U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17 / U.S. DEPARTMENT OF JUSTICE FILE NO. BM: SIIR:1WD:144-35-0-CORPORATIONS-AFFIDAVIT OF ORGANIZATION-FORM 1099 DOC NO. 10105905 BOOK 521 Page 579 RECORDED AT COOK COUNTY CHICAGO, ILLINOIS-1978-AUGUST 01, 2:52PM / U.S. NATIONAL ARCHIVES RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 578 / SOCIAL SECURITY...

 

**MACN-A001_LAWFUL NOTICE! Appellation Declaration, Correction- Proclamation and Publication [ Page 2 of 2 ]**
~ Divinely prepared by Supreme Judiciary Member of the above stated Sovereign Government from the Moroccan Empire, North West Amexem ~

## Left Citation

**State of Michigan**
**Uniform Law Citation**
US DOT #

Ticket No. **E91246**
Incident No. **22001149**
Local Arrest No.

☐ Victim Involved
Dept. No. **370**
Detection Device

The People of : ☐ The State of Michigan
☐ Township ☑ City ☐ Village ☐ County
Of: **ECORSE**

BAC

Detected Speed

THE UNDERSIGNED SAYS THAT ON **8/6/2022**   At Approx. **10:32 PM**   Date Of Birth   Month Day Year **1/3/1975**

State **MI**   ☑ Oper. ☐ Chauff.   ☐ CDL   Driver's License Number **B-653-275-853-010**

Race **Black**   Sex **M**   Height **507**   Weight **135**   Hair   Eyes **BRO**

Occupation/Employer

Name (First, Middle, Last)   **GENO VON BRYANT**

Street **14232 MANSFIELD ST**   City **DETROIT**   State **MI**   Zip Code **48227**

Email Address

Cell Phone

Vehicle Plate No. **NO PLATE**   Year **2022**   State **MI**   Vehicle Description(Year,Make,Color) **2002 MERC RED**   Veh. Type **PA**

THE PERSON NAMED ABOVE in violation of ☑ Local Ordinance ☐ State Law ☐ Admin. Rule

UPON **HYACINTHE**
AT OR NEAR **13TH**
Within ☑ City ☐ Village ☐ Township OF **ECORSE**
COUNTY OF: **WAYNE**   DID THE FOLLOWING

| * Type | | Ordinance | Description | Charge No |
|---|---|---|---|---|
| ☑ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization Pend. **8121** | **DISREGARD STOP SIGN** | 1 |
| ☐ C/I ☑ Misd ☐ Fel | ☐ Warn ☐ Fug ☑ Waiv | ☐ Authorization Pend. **8281** | **NO OPS ON PERSON** | 2 |
| ☐ C/I ☑ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization Pend. **2699** | **NO INSURANCE** | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed
SEE DATE BELOW. SEE RIGHT SIDE OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Offense Code(s)

1. 257.671   2. 257.311   3. 500.3101a

Key Cite: Civil Infraction - Misd = Misdemeanor Warn = Warning CSE = Construction/School Emergency
Waiv = Violation for Which Fines/Costs May Be Waived   Pend = Authorization pending

Remarks   Disregard stop sign, Driver had no license on person and and was not able to provide insurance. LEIN came back with no insurance

VIN: **1MEFM55SX2G618084**   Distance: ft

CHECK IF APPROPRIATE
☐ Construction Zone ☐ Damage to Property
☑ Vehicle Impounded ☐ Injury
☐ Traffic Crash ☐ Death
☐ Person in Active Military Service
☐ Appearance Date on or before :

☐ Local Court Bond **$0.00**
☐ License Posted in Lieu of Bond
☑ Appearance Certificate
☐ None

☑ Hearing Date(If applicable) on : **9/7/2022 at 9:00 AM**   ☐ Contact Court

☐ Juvenile Traffic Misd. :   ☐ Formal Hearing Required. (Court will Notify)
25th District Court   MI820215J

Court Address & Phone Number
25th District Court
1475 Cleophus St
Lincoln Park, MI 48146
(313)382-8603
Office Hours:
www.25thdistrictcourt.org

I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable   Month Day Year
**C Staub**   **8/6/2022**

Officer's Name (printed)   Officer's ID No.
**C Staub**   **8**

Agency ORI **MI8237000**   Agency Name **Ecorse Police Department**

Authority: 1949 PA 300

*(Side text: Ticket No. E91246   Name GENO VON BRYANT   Case No. 22001149)*

## Right Citation

**State of Michigan**
**Uniform Law Citation**
US DOT #

Ticket No. **E91253**
Incident No. **22001449**
Local Arrest No.

☐ Victim Involved
Dept. No. **370**
Detection Device

The People of : ☐ The State of Michigan
☐ Township ☑ City ☐ Village ☐ County
Of: **ECORSE**

BAC

Detected Speed

THE UNDERSIGNED SAYS THAT ON **8/6/2022**   At Approx. **10:58 PM**   Date Of Birth   Month Day Year **1/3/1975**

State **MI**   ☑ Oper. ☐ Chauff.   ☐ CDL   Driver's License Number **B-653-275-853-010**

Race **Black**   Sex **M**   Height **507**   Weight **135**   Hair   Eyes **BRO**

Occupation/Employer

Name (First, Middle, Last)   **GENO VON BRYANT**

Street **14232 MANSFIELD ST**   City **DETROIT**   State **MI**   Zip Code **48227**

Email Address

Cell Phone

Vehicle Plate No. **NO PLATE**   Year **2022**   State **MI**   Vehicle Description(Year,Make,Color) **2002 MERC RED**   Veh. Type **PA**

THE PERSON NAMED ABOVE in violation of ☑ Local Ordinance ☐ State Law ☐ Admin. Rule

UPON **HYACINTHE**
AT OR NEAR **13TH**
Within ☑ City ☐ Village ☐ Township OF **ECORSE**
COUNTY OF: **WAYNE**   DID THE FOLLOWING

| * Type | | Ordinance | Description | Charge No |
|---|---|---|---|---|
| ☑ C/I ☐ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization Pend. **8121** | **DISREGARD STOP SIGN** | 1 |
| ☐ C/I ☑ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization Pend. **8281** | **NO OPS ON PERSON** | 2 |
| ☐ C/I ☑ Misd ☐ Fel | ☐ Warn ☐ Fug ☐ Waiv | ☐ Authorization Pend. **2699** | **NO INSURANCE** | 3 |

TO THE COURT: Do not arraign on a felony charge until an authorized complaint is filed
SEE DATE BELOW. SEE RIGHT SIDE OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Offense Code(s)

1. 257.671   2. 257.311   3. 500.3101a

Key Cite: Civil Infraction Misd = Misdemeanor Warn = Warning CSE = Construction/School Emergency
Waiv = Violation for Which Fines/Costs May Be Waived   Pend = Authorization pending

Remarks   Disregard stop sign, Driver had no license on person and and was not able to provide insurance. LEIN came back with no insurance

VIN: **1MEFM55SX2G618084**   Distance: ft

CHECK IF APPROPRIATE
☐ Construction Zone ☐ Damage to Property
☑ Vehicle Impounded ☐ Injury
☐ Traffic Crash ☐ Death
☐ Person in Active Military Service
☐ Appearance Date on or before :

☐ Local Court Bond **$0.00**
☐ License Posted in Lieu of Bond
☑ Appearance Certificate
☐ None

☑ Hearing Date(If applicable) on : **9/7/2022 at 9:00 AM**   ☐ Contact Court

☐ Juvenile Traffic Misd. :   ☐ Formal Hearing Required. (Court will Notify)
25th District Court   MI820215J

Court Address & Phone Number
25th District Court
1475 Cleophus St
Lincoln Park, MI 48146
(313)382-8603
Office Hours:
www.25thdistrictcourt.org

I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable   Month Day Year
**C Staub**   **8/6/2022**

Officer's Name (printed)   Officer's ID No.
**C Staub**   **8**

Agency ORI **MI8237000**   Agency Name **Ecorse Police Department**

Authority: 1949 PA 300
Compliance: Voluntary

*(Side text: Ticket No. E91253   Name GENO VON BRYANT   Case No. 22001449)*



**City of Ecorse**
Department of Public Safety
3869 West Jefferson Avenue
Ecorse, Michigan 48229



14232 Mansfield st

Detroit, MI 48227

48227-490532

METROPLEX MI
10 AUG 2022 PM
FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 48229
02 7H
0001340145

$ 000.57⁰

AUG 10 2022

STATE OF MICHIGAN

IN THE 25TH DISTRICT COURT FOR THE COUNTY OF WAYNE

CITY OF ECORSE,

      Plaintiff,

v

GENO VON BRYANT

      Defendant.

HON. GREGORY CLIFTON

CASE NO: 22E1916OM

---

Anthony Putz (P75910)
Attorney for Plaintiff
3869 W. Jefferson Avenue
Ecorse, MI 48229
(313) 386-2346
ecorseprosecutor@ecorsemi.gov

Geno Bryant
*In Pro Per*
14232 Mansfield St.
Detroit, MI 48227
(313) 978-3750

---

## PEOPLE'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION

**NOW COME** the People of the City of Ecorse, by Anthony Putz, Prosecuting Attorney, and hereby answers Defendant's Motion as follows:

Territorial jurisdiction exists as to territory over which a government or a subdivision thereof, or court, has jurisdiction. Accordingly, every citizen or subject of another country, while domiciled here, is within the allegiance, protection, and subject to the jurisdiction. It is by virtue of one's presence in the United States, absent some diplomatic exception, "that [gives] the Judiciary power to act." *Johnson v Eisentrager*, 339 U.S. 763, 771 (1950). Defendant's claim that his status as a Moorish citizen is not subject to the laws of the United States and the States is frivolous, devoid of merit, and unsubstantial. He is free to call himself a Moorish American

National or any other description, however, he is subject to state laws just like any other person regardless of citizenship.

Sovereign Citizens rely on the plain text of the Fourteenth Amendment, Section 1, which states: "All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws". Sovereign Citizens erroneously believe that if the Fourteenth Amendment had intended to govern the "citizens" of the various states, then the language would have read "the United States of America," implying all of the states and not merely the government itself. Moreover, the use of the singular "jurisdiction," as opposed to "jurisdictions," also allegedly shows that the Amendment only considered the singular entity of the federal government as opposed to all the jurisdictions and entities of the various states.

Defendant's request for the production of physical documented "Delegation of Authority as Proof of Jurisdiction per Article III, Section 1 of the United States Constitution" is meritless. Article III, Section 1 states: "The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish." Additionally, Defendant's reference of **18 U.S.C. § 912** and **18 U.S.C. § 1621** involves federal statutes not applicable to anything in his current case.

**WHEREFORE**, the People respectfully request this Court deny Defendant's Motion.

STATE OF MICHIGAN

IN THE 25TH DISTRICT COURT FOR THE COUNTY OF WAYNE

CITY OF ECORSE,

      Plaintiff,

v

GENO VON BRYANT

      Defendant.

HON. GREGORY CLIFTON

CASE NO: 22E1916OM

---

Anthony Putz (P75910)
Attorney for Plaintiff
3869 W. Jefferson Avenue
Ecorse, MI 48229
(313) 386-2346
ecorseprosecutor@ecorsemi.gov

Geno Bryant
*In Pro Per*
14232 Mansfield St.
Detroit, MI 48227
(313) 978-3750

---

## PROOF OF SERVICE

    I certify that on August 26, 2022 copies of People's Answer was served upon all parties via email. I declare under the penalties of perjury that the statement above is true to the best of my information, knowledge, and belief.

Dated: August 26, 2022

                         Respectfully Submitted,

                         *Anthony Putz*

                         Anthony Putz (P75910)
                         City of Ecorse Prosecuting Attorney
                         3869 West Jefferson Avenue
                         Ecorse, MI 48226
                         (313) 386-2346
                         ecorseprosecutor@ecorsemi.gov

Dated: August 26, 2022

Respectfully Submitted,

*Anthony Putz*

Anthony Putz (P75910)
City of Ecorse Prosecuting Attorney
3869 West Jefferson Avenue
Ecorse, MI 48226
(313) 386-2346
ecorseprosecutor@ecorsemi.gov

Email 25th District Court
criminaldiv@25thdistrictcourt.org

███████████████

███████████
███████████
███████████

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
**Mikhael Amirul :El**

**B. E-MAIL CONTACT AT FILER** (optional)
**elmikhael705@gmail.com**

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)
**Mikhael Amirul :El**
**3017 South Edsel Street**
**Detroit, MI 48217 USA**

**Filing Number:** 20220829000011-9

Filing Date and Time: 08/29/2022 06:56 AM

Total Number of Pages: 2

*(This document was filed electronically)*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. □ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **20220812000688-5** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. □ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. □ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. □ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or □ Secured Party of record

AND Check one of these three boxes to:
□ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☑ ADD name: Complete item 7a or 7b, and item 7c
□ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME<br>**CLIFTON** | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME<br>**GREGORY** | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1475 CLEOPHUS STREET** | **Lincoln Park** | **MI** | **48146** | **USA** |

8. □ **COLLATERAL CHANGE:** Also check one of these four boxes:   □ ADD collateral   □ DELETE collateral   □ RESTATE covered collateral   □ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here □ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME<br>**:El** | FIRST PERSONAL NAME<br>**Mikhael** | ADDITIONAL NAME(S)/INITIAL(S)<br>**Amirul** | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**19. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
**20220812000688-5**

**20. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

20a. ORGANIZATION'S NAME

OR

20b. INDIVIDUAL'S SURNAME
**:El**

FIRST PERSONAL NAME
**Mikhael**

ADDITIONAL NAME(S)/INITIAL(S)
**Amirul**

SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **PUTZ, P75910** | **ANTHONY** | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **3869 WEST JEFFERSON AVENUE** | **Ecorse** | **MI** | **48229** | **USA** |

**22. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (22a or 22b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**23. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (23a or 23b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**24.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (24a or 24b)

24a. ORGANIZATION'S NAME

OR

| 24b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 24c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**25.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (25a or 25b)

25a. ORGANIZATION'S NAME

OR

| 25b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 25c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**26. MISCELLANEOUS:**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY (Form UCC3AP) (Rev. 08/22/11)

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20220829000012-8**

Filing Date and Time: 08/29/2022 06:56 AM

Total Number of Pages: 1

*(This document was filed electronically)*

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Mikhael Amirul :EI** |
| B. E-MAIL CONTACT AT FILER (optional) |
| **elmikhael705@gmail.com** |
| C. SEND ACKNOWLEDGEMENT TO: (Name and Address) |
| **Mikhael Amirul :EI** |
| **3017 South Edsel Street** |
| **Detroit, MI 48217 USA** |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **20220812000688-5** | (or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:

This Change affects ☐ Debtor **or** ☐ Secured Party of record

**AND** Check **one** of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; **and** item 7a or 7b **and** item 7c

☐ ADD name: Complete item 7a or 7b, **and** item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only **one** name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: **Also** check **one** of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

1. <!--[endif]-->On 08/26/2022 approximately at 10:43am e-mail Mikhael Amirul EI an unlawful bill of attainder: 22E19160M. **(Federal rule of Civil Procedure Rule 4 Summons (1)(D)(F)(G)(2)(b)), (Michigan rule of Civil Procedure 2.506, 600.1831), (The Privacy Act of 1974 as amended 5 U.S.C. § 552a), (28 U.S. Code § 4101 – Definitions (1)(3)(4)(5)), (Positive Law Article 62-Fraud Canon 1760), (Constitution of Michigan of 1963 § 9 Slavery and involuntary servitude), (18 U. S. Code § 371 Conspiracy to commit offense or to defraud United States), (Canonum De Ius Positivum Canons of Positive Law Article 61-Corruption Canon 1750), (18 U.S Code § 1001 – Statement or entries generally),** (Canonum De Ius Positivum Canons of Positive Law Article 100-Cestui Que Vie Trust 2056, 2057)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **:EI** | **Mikhael** | **Amirul** | |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# CIVIL COVER SHEET

Case: 2:22-cv-12089

Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Filed: 9/6/2022
VON EL V ECORSE POLICE DEPARTMENT ET AL
(LH)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement t
provided by local rules of court. This form, approved by the Judicial Conference of the United Sta
purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Almond Von El

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

DEFENDANTS

County of Residence of First Listed Defendant   WAYNE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
ANTHONY PUTZ (P-75910)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government
Plaintiff
- [x] 3   Federal Question
*(U.S. Government Not a Party)*
- [ ] 2   U.S. Government
Defendant
- [ ] 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product / Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | Liability / [ ] 367 Health Care/ | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' / Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 340 Marine / Injury Product | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | Product Liability / [ ] 380 Other Personal | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | [ ] 360 Other Personal Injury / Property Damage | [ ] 751 Family and Medical | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | [ ] 362 Personal Injury - / [ ] 385 Property Damage Product Liability | Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| | Medical Malpractice | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - / [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | Employment / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 446 Amer. w/Disabilities - / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | Other / [ ] 555 Prison Condition | | | |
| | [ ] 448 Education / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Extortion of priverty property and United Nation Declaration on the Rights of Indigenous Peoples Article 6

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*    JUDGE   FORD D       DOCKET NUMBER  SP13241752 OI

DATE
September 4, 2022

SIGNATURE OF ATTORNEY OF RECORD
*Almond Von El*

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.        Is this a case that has been previously dismissed?        ■ Yes
                                                                     ☐ No

   If yes, give the following information:

   Court: 36TH DISTRICT COURT

   Case No.: SP13241752 OI, SP13241751 OI

   Judge: FORD D.


2.        Other than stated above, are there any pending or previously
          discontinued or dismissed companion cases in this or any other    ☐ Yes
          court, including state court? (Companion cases are matters in which  ■ No
          it appears substantially similar evidence will be offered or the same
          or related parties are present and the cases arise out of the same
          transaction or occurrence.)

   If yes, give the following information:

   Court: 

   Case No.: 

   Judge: 


Notes :